**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JENNIFER FAHRNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. 3:09-cv-403 MJR-PMF |
| | ) |
| **NORTHSTAR LOCATION** | ) |
| **SERVICES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, JENNIFER FAHRNER, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by all parties.

The dismissal of the above captioned matter is *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this Notice of Dismissal. If this case has not been reinstated within forty-five (45) days from the date of entry of this Notice, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

                                                      Respectfully submitted,
                                                      **JENNIFER FAHRNER**

                                      By:   s/ Larry P. Smith
                                              Attorney for Plaintiff

Dated: July 20, 2009
Larry P. Smith (Atty. No.: 6217162)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (312) 222-9028 (x811)
Facsimile:  (888) 418-1277
E-Mail:   lsmith@smithlaw.us